UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                v.                        Case No. 07-mj-49-01

<u>Jerry A. Shanahan</u>

<u>O R D E R</u>

I hereby recuse myself due to the appearance of McLane, Graf, Raulerson & Middleton, which was my previous law firm.

SO ORDERED.

October 1, 2007

                                          James R. Muirhead
                                          U.S. Magistrate Judge

cc:   Peter Andersen, Esq.
       Andrew Good, Esq.
       Philip G. Cormier, Esq.
       William Morse, AUSA
       US Marshal
       US Probation