UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                           Case No. 07-cr-223-01-SM

Jerry A. Shanahan

## O R D E R

Defendant Shanahan's motion to continue the final pretrial conference and trial is granted (document no. 18). Trial has been rescheduled for the March 2008 trial period. Defendant Shanahan shall file a waiver of speedy trial rights not later than December 3, 2007. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** February 22, 2008 at 2:00 p.m.

**Jury Selection**: March 4, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 26, 2007

cc:   Andrew Good, Esq.
      Philip Cormier, Esq.
      Peter Anderson, Esq.
      William Morse, AUSA
      US Probation
      US Marshal