UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                           Case No.  07-cr-223-01-SM

Jerry A. Shanahan

O R D E R

Defendant Shanahan's motion to continue the final pretrial conference and trial is granted (document no. 49).  Trial has been rescheduled for the June 2008 trial period.  Defendant Shanahan shall file a waiver of speedy trial rights not later than March 7, 2008.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 20, 2008 at 3:30 p.m.

**Jury Selection**: June 3, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 25, 2008

cc: Andrew Good, Esq.
    Philip Cormier, Esq.
    Peter Anderson, Esq.
    William Morse, AUSA
    US Probation
    US Marshal