59           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE


United States of America

                v.                    Case No.  07-cr-223-01-SM

Jerry A. Shanahan

                          O R D E R

       Defendant  Shanahan's motion to continue the final pretrial conference and

trial  is granted  (document  no. 49).  Trial has been rescheduled for the October

2008 trial period.   Defendant  Shanahan shall file a waiver of speedy trial rights

not later than June 6, 2008.    On the filing of such waiver, his continuance shall

be effective.

       The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendants in a speedy trial, 18

U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny defendants the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

       **Final Pretrial Conference:**   September 26, 2008  at 2:00 p.m.

       **Jury Selection**: October 7, 2008 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

May 28, 2008

cc:   Andrew Good, Esq.
       Philip Cormier, Esq.
       Peter Anderson, Esq.
       William Morse, AUSA
       US Probation
       US Marshal