UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.        Case No.  07-cr-223-01-SM

Jerry A. Shanahan

O R D E R

  Defendant Shanahan's motion to continue the final pretrial conference and trial is granted (document no. 66). Trial has been rescheduled for the March 2009 trial period. Defendant Shanahan has filed a waiver of speedy trial. Trial is rescheduled to the March 2009 trial period.

  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

  **Final Pretrial Conference:**  March 6, 2009  at 11:00 a.m.

  **Jury Selection**: March 17, 2009  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 11, 2008

cc:   Andrew Good, Esq.
      Philip Cormier, Esq.
      Peter Anderson, Esq.
      William Morse, AUSA
      US Probation
      US Marshal