UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

  v.        Case No. 07-cr-223-01-SM

<u>Jerry A. Shanahan</u>

<u>ORDER</u>

 Re: Document No. 70, Assented to Motion for a Stay of Defendant's Trial

 Ruling: Granted. By agreement of the parties, the motion to stay pending resolution by the United States Supreme court of the collateral estoppel rules applicable to cases involving both acquitted and unresolved ("hung") counts, is granted. The pending motion to dismiss (document no. 21) is denied without prejudice to renewing within 21 days after the Supreme Court issues its decision in United States v. Yeager, No. 08-67, certiorari review granted on November 14, 2008. All other pending motions are termed, or denied without prejudice to renewing prior to trial. So ordered.

              _____
              Steven J. McAuliffe
              Chief Judge

Date: December 2, 2008

cc: All Counsel of Record