UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                      Case No. 07-cr-223-001-SM

<u>Jerry A. Shanahan</u>

<u>ORDER</u>

Re: Document No. 73, Government's Second, and Partially Assented to, Motion to Extend Time for Defendant to File a Motion to Dismiss.

Ruling: Granted.  No further continuances will be granted.  The government's bureaucratic inefficiencies cannot continue to dictate the course of this and other litigation . . . either the Department of Justice can learn to delegate authority to its legal counsel in the field or it can exercise the authority it declines to delegate in a timely fashion, but it cannot be permitted to retard litigation throughout the country simply because it prefers all meaningful decisions to be made in Washington on an indefinite schedule.  The pending issue can be addressed or ignored as the government chooses, but the litigation will proceed apace from this point forward.

                                              Steven J. McAuliffe
                                              Chief Judge

Date: July 22, 2009

cc:  Andrew Good, Esq.
     Peter Anderson, Esq.
     Philip Cormier, Esq.
     Robert Kinsella, AUSA
     Matthew Klecka, Esq.